DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALFAYS LEE LANDIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2622

[March 7, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case Nos. 432015CF000626B, 432015CF000828A, 432015CF000830A and 432015CF000832A.

Alfays Lee Landis, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***